UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDDIE GOMEZ,

                        **Plaintiff,**

      -against-

COMMISSIONER OF SOCIAL SECURITY,

                        **Defendant.**
-----------------------------------------------------------------X

25-CV-3187 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines shall be extended by the number of days between September 30, 2025, and the restoration of federal funding. Absent further order by the Court, Defendant shall file its brief by January 27, 2026. Plaintiff shall file his reply, if any, by February 17, 2026.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      November 18, 2025
                  New York, New York