**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

EDDIE GOMEZ,

                              Plaintiff,                    25 **CIVIL** 3187 (SN)

        -v-                                                 **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated January 30, 2026, the final decision of the

Commissioner be and hereby is REVERSED, and the matter is REMANDED to the

Commissioner of Social Security for this further administrative action.

**Dated:** New York, New York

        February 3, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**



                        **BY:**  _Nesgan Dulel_____
                                        **Deputy Clerk**