USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

EDDIE GOMEZ,

                    Plaintiff,

                                                    Civil Action No:
                                                    1:25-cv-03187-SN

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
----------------------------------------------------------------x

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Padma Ghatage, Special Assistant United States Attorney, for Jay Clayton, the United States Attorney for the Southern District of New York, attorneys for the defendant herein, and Daniel Berger, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$7,800** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

**SO ORDERED.**

Dated: May 14, 2026
       New York, New York          _____
                                   SARAH NETBURN
                                   United States Magistrate Judge

Dated: New York, New York
     May 13, 2026

                    JAY CLAYTON
                    United States Attorney

By:    */s/ Padma Ghatage*
       Padma Ghatage
       Special Assistant U.S. Attorney
       Attorney for Defendant
       c/o Office of Program Litigation – Office II
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       (212) 264-0981
       padma.ghatage@ssa.gov
       *Attorneys for Defendant*

By:    /s/ *Daniel Berger*
       Daniel Berger
       Ny Disability, LLC.
       1000 Grand Concourse, Suite 1-A
       Bronx, NY 10451
       (718) 588-4715
       danielbergeresq@aol.com
       *Attorney for Plaintiff*

AND, the Court having reviewed this matter,

IT IS So Ordered: